# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
## NO: 5:05CR235

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ROBERT IVAN HORTON, ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** upon the receipt of a handwritten document form the Defendant, Robert Ivan Horton, dated September 25, 2006. In the document, among other things, the Defendant appears to request appointment of a private investigator. Court records reflect that Mr. Horton is represented by appointed counsel, Samuel Bayness Winthrop. It is the practice of the Court, when a defendant is represented by counsel, to rule on motions filed only by counsel of record. Therefore, if Mr. Horton has any matters he wishes this Court to consider, they must be submitted through his attorney.

**IT IS, THEREFORE, ORDERED** that Mr. Horton's request for private investigator is **DENIED,** without prejudice to Mr. Horton's right to re-file the motion, if appropriate, through his attorney.

The Clerk of Court is directed to send a copy of the motion to Mr. Winthrop along with his copy of this Order.

Signed: October 3, 2006

David C. Keesler
United States Magistrate Judge