**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:05cr235-13**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **ROBERT IVAN HORTON** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Defendant's Motion For Interim CJA Payment on the above-captioned matter.

The Court finds that the Defendant's request for interim payment is appropriate.

**IT IS, THEREFORE, ORDERED** that Defendant's motion for interim payment is hereby **GRANTED**.

Signed: November 20, 2008

Richard L. Voorhees
United States District Judge